UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RYAN CURTIS CHANDLER,<br>Defendant. | Case No. 19-cr-00665-BLF-1 (VKD)<br><br>**DETENTION ORDER** |

The United States moves for detention of defendant Ryan Chandler. The Court held a hearing on the government's motion on December 18, 2019. Dkt. No. 32. Mr. Chandler was present at the hearing and represented by counsel. *Id.* Mr. Chandler waived written findings, and the government does not object to that waiver.

The parties agree, that based on the offenses charged in the indictment, there is a rebuttable presumption of detention based on danger and risk of flight. 18 U.S.C. § 3142(e)(3)(A). The Court has considered the parties' presentations and proffers of evidence, as well as the factual findings contained in the report of Pretrial Services. The Court has considered the factors set forth in 18 U.S.C. § 3142(g). For the reasons stated on the record during the hearing, the Court concludes that, while there may be conditions or a combination of conditions of release that would reasonably assure the safety of other persons and the community, there are no such conditions of release that would reasonably assure Mr. Chandler's appearance. Indeed, Mr. Chandler has submitted on the question of whether he poses a risk of flight that cannot be mitigated by the imposition of conditions of release. Accordingly, the Court concludes that Mr. Chandler's detention is warranted.

Mr. Chandler is committed to the custody of the Attorney General or his designated

representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  Mr. Chandler shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on the request of an attorney for the government, the person in charge of the corrections facility shall deliver Mr. Chandler to the United States Marshal for the purpose of appearances in connection with court proceedings.

**IT IS SO ORDERED.**

Dated: December 18, 2019



VIRGINIA K. DEMARCHI
United States Magistrate Judge